**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**UNITED STATES OF AMERICA**

       - against -                              19 Cr. 923 (JGK)

**BRIAN TILLETT,**                                    <u>ORDER</u>

                    Defendant.
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    For the reasons stated on the record at the teleconference today, the defendant remains detained. The defendant's application for release is **denied without prejudice** to renewal.

**SO ORDERED.**

**Dated:**    New York, New York
            April 16, 2020                     <u>/s/ John G. Koeltl</u>
                                                      John G. Koeltl
                                       **United States District Judge**