```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA

      - against -                                              19 Cr. 923 (JGK)

BRIAN TILLETT,                                                   ORDER

           Defendant.

---

JOHN G. KOELTL, District Judge:

The conference scheduled for May 15, 2020 is adjourned to **July 16, 2020 at 10:00 AM**.

In view of the fact that a conference has been scheduled in this matter for July 16, 2020, the Court excludes prospectively the time from today **May 11, 2020,** until **July 16, 2020,** from Speedy Trial Act calculations. The continuance is needed to assure the effective assistance of counsel, to allow the defense to determine what, if any, motions to make, and to allow the parties to discuss a potential pre-trial disposition. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    New York, New York
            May 11, 2020                /s/ John G. Koeltl
                                                      John G. Koeltl
                                      United States District Judge