**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA,**

       - against -                            19-cr-923 (JGK)

**BRIAN TILLETT,**                                    **ORDER**

              **Defendant.**
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

     The status conference set for January 21, 2021 is adjourned, at the parties' joint request, until **March 23, 2021 at 9 am**. Because a continuance is needed to assure the effective assistance of counsel and to allow the parties time to discuss a pretrial disposition, the Court prospectively excludes the time from today, **January 20, 2021,** until **March 23, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
              **January 20, 2021**                   ____/s/ John G. Koeltl_____
                                                            **John G. Koeltl**
                                                 **United States District Judge**