UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

19 cr 923 (JGK)

-against-

**SPEEDY TRIAL ORDER**

BRIAN TILLETT,
                           Defendant.
-----------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Tuesday, July 1, 2021, at 9:00am,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **July 1, 2021** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                       JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        May 17, 2021

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-17-2021