UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

19 cr 923 (JGK)

-against-

**SPEEDY TRIAL ORDER**

BRIAN TILLETT,
                              Defendant.
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Tuesday, September 21, 2021, at 9:00am,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **September 21, 2021** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                            JOHN G. KOELTL
                                       UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       June 30, 2021

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/30/2021

# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.898.1273

June 28, 2021

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      *Re:*    *United States v. Brian Tillett, 19 CR 923*

Dear Judge Koeltl:

      I respectfully write on behalf of both parties to request an adjournment of the status conference in this case, currently scheduled for July 1, 2021, until September 21, 2021, or another date convenient to the Court. The parties are continuing our plea discussions and need additional time to complete them. The parties agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, between July 1, 2021, and the rescheduled conference date.

                              Respectfully yours,
                              /s/
                              Sarita Kedia

cc:      AUSA Emily Johnson
          (By ECF)