UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

BRIAN TILLETT,

                Defendant.

19-CR-923 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

The Court entered a Rule 5(f) Order in this case on December 11, 2020. ECF. No. 26. It does not appear that the Court has entered an Oral Order. A copy of the Oral Order that the Court usually gives is attached, and the Court will issue it in substance at the next in-person proceeding, which is likely to be the sentencing in this case. If the parties want an earlier conference, they should so advise the Court. Meanwhile, the Government should confirm that it understands its obligations and will fulfill them.

SO ORDERED.

Dated: September 23, 2021
       New York, New York

                                      John G. Koeltl
                                  United States District Judge

## RULE 5(f) ORAL ORDER

I direct the prosecution to comply with its obligations under *Brady v. Maryland* and its progeny to disclose to the defense all information, whether admissible or not, that is "favorable to" the defendant, "material either to guilt or to punishment," and known to the prosecution. Possible consequences for non-compliance may include dismissal of individual charges or the entire case, exclusion of evidence, and professional discipline or court sanctions on the attorneys responsible. I will be entering a written order more fully describing this obligation and the possible consequences of failing to meet it, and I direct the prosecution to review and comply with that order. Does the prosecution confirm that it understands its obligations and will fulfill them?