

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2021

**BY ECF**

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

11/30/21

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Brian Tillett*, 19 Cr. 923 (JGK)**

Dear Judge Koeltl:

Sentencing is set in this case for December 13, 2021, at 11:00 a.m. Pursuant to the Court's individual rules, the Government's sentencing submission is due eight days prior to the sentencing, that is, Friday, December 3, 2021, as December 5, 2021 is a Sunday. Based on communications with the U.S. Probation Office ("Probation"), the Government has learned that the final Presentence Report ("PSR") will be released on December 6, 2021. As the Government would like the opportunity to review and consider Probation's sentencing recommendation prior to submitting its sentencing letter to the Court, the Government respectfully requests an adjournment of its filing deadline to Tuesday, December 7, 2021. The Government has conferred with defense counsel, who has no objection to this adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: Emily A. Johnson
Assistant United States Attorney
(212) 637-2409

cc: Sarita Kedia, Esq. (by ECF)