UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                          19 cr 923 (JGK)

-against-

**ORDER**

BRIAN TILLETT,
              Defendant.
-------------------------------------------------------------X

      The defendant, Brian Tillett, having been sentenced to time served, is hereby ordered released, pending no detainers, from the custody of the Bureau of Prisons and the United States Marshal.

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 13, 2021